**EXHIBIT "C"**

Approved, SCAO

Original - Court  
1st copy - Defendant  

2nd copy - Plaintiff  
3rd copy - Return

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| 16TH JUDICIAL DISTRICT / JUDICIAL CIRCUIT MACOMB COUNTY | SUMMONS | 2024- 005000-CZ |

**Court address**  
40 N. MAIN STREET, MT. CLEMENS, MI 48043

**Court telephone number**  
586-469-7171

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| MICHAEL JAMES AND MARJANNA JAMES<br>14040 PERNELL STREET<br>STERLING HEIGHTS, MI 48313 | v | JUSTIN ALBRECHT<br>14052 PERNELL STREET<br>STERLING HEIGHTS, MI 48313<br><br>EMILY ALBRECHT<br>14052 PERNELL STREET<br>STERLING HEIGHTS, MI 48313 |

Plaintiff's attorney bar number, address, and telephone number  
Dennis J. Harris P-35791  
Law Office of Dennis J Harris, PLLC  
12894 Farmington Rd, Livonia, MI 48150  
734-744-5643

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons and a copy of the complaint to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| DEC 20 2024 | MAR 21 2025 | ANTHONY FORLINI |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**  
SRA  
MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

MICHAEL JAMES and
MARJANNA JAMES,
        Plaintiffs

V.

Case No.: 2024-005000-CZ
Hon.: MICHAEL E. SERVITTO

JUSTIN ALBRECHT and
EMILY ALBRECHT, Jointly and severally,
        Defendants
                               /

DENNIS J. HARRIS (P35791)
LAW OFFICE OF DENNIS J. HARRIS
Attorney for Plaintiff's
12894 Farmington Road
Livonia, MI 48150
(734) 744-5643
lawdjh@gmail.com
                               /

## COMPLAINT

**There are no other pending or resolved civil actions
arising out of the transaction or occurrence alleged in this Complaint**

NOW COMES, Plaintiffs, MICHAEL JAMES AND MARJANNA JAMES, by and through their attorney, Dennis J. Harris and The Law Office of Dennis J. Harris, PLLC, and for their Complaint against the Defendants, JUSTIN ALBRECHT and EMILY ALBRECHT, jointly and severally state as follows:

1. That the Plaintiff's MICHAEL JAMES AND MARJANNA JAMES ("Plaintiff's) are individuals residing at 14040 Pernell, Sterling Heights, Michigan ("Plaintiffs'

Property").

2. That the Defendants, JUSTIN ALBRECHT and EMILY ALBRECHT ("Defendants") are individuals residing at 14052 Pernell, Sterling Heights, Michigan (Defendants' Property")

3. That the amount in controversy inclusive of interest and costs exceeds the sum of Twenty-Five Thousand and 00/100 ($25,000.00) Dollars.

4. That the Plaintiffs purchase Plaintiff's Property on or about August 10, 2020.

5. That the Defendant's purchase the property next door to the Plaintiff's on September 3, 2020.

6. That the Defendants have caused numerous issues for the Plaintiffs by calling the police and filing complaints for numerous issues, including but not limited to:

    a. Reported for a dog barking

    b. Reported for having a shed

    c. Reported for using a tent

    d. Reported for the use of a small fire pit

    e. Reported for illegal business

    f. Reports of Plaintiffs playing music too loud in their home

    g. Reports of the Plaintiffs playing music in their car

    h. Reports of the Plaintiffs playing music while working in their garage

    i. Reports about the noise from Plaintiffs garage door and Plaintiffs taking the trash out of the garage

    j. And numerous other false claims

7. In 2021 the Plaintiff's son was playing basketball, the Defendant Justin Albrecht approached confronted the Plaintiff, Michael James and requested that Michael's

son not play basketball in the Plaintiffs' yard.

8. Further the Defendants have complained about the noise from the Plaintiffs cutting their grass.

9. In February 2023 the Defendant's car alarm went off which was reported as the Plaintiff's dog triggered the alarm.

10. In 2023 and 2024 the Defendants constantly had issues with the Plaintiff's dog at the same time the Defendants' dog was allowed to run off its leash.

11. The Plaintiff's ultimately found a new home for their foster dog and a direct result of the numerous complaints by Defendants.

12. The Defendants have placed at least one camera directed at the Plaintiff's driveway so that they can monitor the Plaintiffs comings and goings.

13. The Defendants have followed the Plaintiffs and their son and upon information and belief have contacted the son's lawn maintenance customers.

14. The Defendants have stalked both the Plaintiffs and the Plaintiff's son for over the last two (2) years.

## COUNT I
## TRESPASS

15. Plaintiffs hereby incorporate by this reference the allegations set forth in paragraphs one (1) through fourteen (14) as if set forth herein.

16. That the Plaintiffs have the right of exclusive possession of Plaintiff's Property.

17. That Defendants continue to harass the Plaintiff's.

18. That the Defendants intentional harassment of the Plaintiff's is a direct and immediate intrusion of a physical, tangible object onto land over which Plaintiff has

a right of exclusive possession.

19. That Defendants' intentional harassment constitutes an unauthorized intrusion and invasion.

20. That as a result of said harassment the Defendant's should be held responsible

21. That as a further result of said unauthorized intrusion and invasion, Defendant's have trespassed onto Plaintiff's property and, as a result, Plaintiff's have suffered damages in an amount exceeding the sum of $100,000.00.

WHEREFORE, the Plaintiff's MARJANNA JAMES AND MICHAEL JAMES, prays that this Honorable Court order that the Defendants conduct stop and award a judgment against the Defendant's in an amount exceeding the sum of One Hundred Thousand and 00/100 ($100,000.00) Dollars plus interest, costs and attorney fees so wrongfully sustained and such other damages and relief as this Court may so determine.

## COUNT II
## INVASION OF PRIVACY

22. Plaintiffs hereby incorporate by this reference the allegations set forth in paragraphs one (1) through twenty-one (21) as if set forth herein.

23. That the Defendant's constant harassment of Plaintiffs and Plaintiffs' family is an invasion of the Plaintiffs and the Plaintiffs' son's privacy, including but not limited to the camera surveillance, stalking, following both on foot and in vehicles and the monitoring of the Plaintiffs' activities.

24. That as a result of said invasion of privacy, Plaintiff has suffered damages in an amount exceeding the sum of $100,000.00 plus interest as determined by the Court.

WHEREFORE, the Plaintiffs MICHAEL JAMES AND MARJANNA JAMES prays that this Honorable Court order a permanent injunction for Defendants to either remove the

security cameras or to forever position them so they do not video Plaintiffs Property, for Defendants to cease and desist from any following or surveillance of the Plaintiffs or their son of any kind and award a judgment against the Defendants in an amount exceeding the sum of One Hundred Thousand and 00/100 ($100,000.00), plus interest, costs and attorney fees so wrongfully sustained and such other damages and relief as this Court may so determine.

## COUNT III
### NUISANCE

25. Plaintiffs hereby incorporate by this reference the allegations set forth in paragraphs one (1) through twenty-four (24) as if set forth herein.
26. That the placement of Defendants' cameras is intentionally designed to monitor the activity of the Plaintiffs and their son.
27. That Defendants invasion is intentional and unreasonable.
28. That as a result of said nuisance and invasion, Plaintiffs have suffered damages in an amount exceeding the sum of One Hundred Thousand and 00/100 ($100,000.00) Dollars plus interest as determined by this Court.

WHEREFORE, the Plaintiffs MICHAEL JAMES AND MARHANNA JAMES, prays that his Honorable Court order a permanent injunction for Defendants to either remove the security cameras or to forever position them so they do not video Plaintiff's Property, for Defendants to be permanently enjoined from stalking and/or following the Plaintiffs or their son and award a judgment against the Defendants in an amount exceeding the sum of One Hundred Thousand and 00/100 ($100,000.00) Dollars plus interest costs and attorney fees so wrongfully sustained and such other damages and relief as this Court may so determine.

## COUNT IV
## ASSAULT

29. Plaintiffs hereby incorporate by this reference the allegations set forth in paragraphs one (1) through twenty-eight (28) as if set forth herein.

30. That the Defendants verbally harass the Plaintiff's and their family on a regular basis.

31. That the Plaintiff fears for their family safety and believes that Defendants will follow through on their threats.

32. That the Plaintiff's fears constitute a well-founded apprehension of imminent contact to them by Defendant, a well-founded apprehension of imminent contact to them by Defendants, coupled with apparent ability of Defendants to accomplish the contact.

33. That Plaintiff's have requested on multiple occasions that Defendants stop verbally harassing and threatening Plaintiffs and their family, but the Defendants have refused to stop.

34. That as a result of said assault Plaintiff has suffered damages in an amount exceeding the sum of One Hundred Thousand and 00/100 ($100,000.00) Dollars plus interest as determined by this Court.

WHEREFORE, the Plaintiff's MARJANNA JAMES AND MICHAEL JAMES, prays that this Honorable Court order that the Defendant's cease and desist from making any threats directed at the Plaintiffs or their son and award a judgment against the Defendant's in an amount exceeding the sum of One Hundred Thousand and 00/100 ($100,000.00) Dollars plus interest, costs and attorney fees so wrongfully sustained and such other damages and relief as this Court may so determine.

## COUNT V
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

35. Plaintiffs hereby incorporate by this reference the allegations set forth in paragraphs one (1) through thirty-four (34) as if set forth herein.

36. That the Defendants conduct has resulted in the continuing harassment of the Plaintiff's and their son.

37. That such conduct of Defendants was extreme and outrageous.

38. That such conduct of Defendants was intentional or reckless.

39. That such conduct of Defendants has caused the Plaintiff and/or their family injuries, which included severe emotional distress.

40. That as a result of said intentional infliction of emotional distress, Plaintiff has suffered damages in an amount exceeding the sum of One Hundred Thousand and 00/100 ($100,000.00) Dollars plus interest as determined by this Court.

WHEREFORE, the Plaintiff's MARJANNA JAMES AND MICHAEL JAMES, prays that this Honorable Court order that the Defendants cease and desist from the harassment of the Plaintiffs and their son and award a judgment against the Defendant's in an amount exceeding the sum of One Hundred Thousand and 00/100 ($100,000.00) Dollars plus interest, costs and attorney fees so wrongfully sustained and such other damages and relief as this Court may so determine.

## COUNT VI
## RESTRAINING ORDER

41. Plaintiffs hereby incorporate by this reference the allegations set forth in paragraphs one (1) through forty (40) as if set forth herein.

42. That the Defendants have verbally abused and harassed the Plaintiff's and/or their

son.

43. That the Defendants have threatened to continue such abusive behavior and/or harassment.

44. That the Plaintiffs believe the Defendants will continue such abusive behavior and/or harassment.

45. That Defendants have threatened to continue such abusive behavior and/or harassment.

WHEREFORE, the Plaintiffs MICHAEL JAMES and MARJANNA JAMES, pray that this Honorable Court grant Plaintiff a personal protection order to require Defendants to cease their verbal and physical abuse and harassment of the Plaintiffs and their son and award Plaintiffs their costs and attorney fees so wrongfully sustained and such other damages and relief as this Court may so determine.

## COUNT VII

## DEFAMATION

46. Plaintiffs hereby incorporates by this reference the allegations in paragraphs one (1) through forty-five (45) as if set forth herein.

47. That throughout 2023 and 2024, the Defendants made and repeated numerous false and defamatory statement about the Plaintiffs to both police officers and neighbors of the Plaintiffs as will be further disclosed in discovery, including, but not limited to a petition against the Plaintiffs which was produced and circulated by the Defendants.

48. Such statements by Defendants were knowingly false when made and/or were made negligently.

49. The statements by Defendants imputing a character of the Plaintiffs are defamatory per se.

50. Plaintiffs demanded that Defendants retract their statements regarding Plaintiffs, but Defendants have failed and refused to do so.

51. As a direct, proximate, natural and foreseeable consequence of the foregoing, Plaintiffs has suffered actual and special damages for which he is entitled to recover. Additionally, because Defendants acted maliciously or in willful, gross or reckless disregard of Plaintiffs' rights, interests and expectancies, Plaintiffs are entitled to recover exemplary damages.

WHEREFORE, the Plaintiff's MARJANNA JAMES AND MICHAEL JAMES, prays that this Honorable Court order that the Defendants cease and desist from defaming the Plaintiffs and award a judgment against the Defendant's in an amount exceeding the sum of Two Hundred Thousand and 00/100 ($200,000.00) Dollars plus interest, costs and attorney fees so wrongfully sustained and such other damages and relief as this Court may so determine.

Respectfully submitted.

/s/ Dennis J. Harris

DENNIS J. HARRIS P-35791
LAW OFFICE OF DENNIS J. HARRIS, PLLC
Attorney for Plaintiff
12894 Farmington Rd
Livonia, MI 48150
(734) 744-5643
lawdjh@gmail.com