UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY and, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>        Plaintiffs,<br>v.<br><br>JUSTIN ALBRECHT, EMILY ALBRECHT, MICHAEL JAMES and MARJANNA JAMES,<br><br>Defendants. | Case No. 2:25-cv-10465<br>Hon. Terrence G. Berg<br><br>Magistrate Judge Anthony P. Patti |

**CARY R. BERLIN (P64122)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Plaintiffs
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com

**DENNIS J. HARRIS (P35791)**
**LAW OFFICE OF DENNIS J. HARRIS**
Attorney for Michael & Marjanna James
12894 Farmington Road
Livonia, Michigan 48150
(734) 744-5643
lawdjh@gmail.com

**JUSTIN ALBRECHT and EMILY ALBRECHT**
In Pro Per
14052 Pernell Dr.
Sterling Height, Michigan 48313

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MICHAEL JAMES AND MARJANNA JAMES, ONLY

Plaintiffs, Allstate Vehicle and Property Insurance Company and Allstate Indemnity Company (collectively "Allstate"), and Defendants, Michael James and Marjanna James, only, through their attorneys, as signified by their signatures below, and the Court being fully advised; therefore,

IT IS HEREBY ORDERED that Michael James and Marjanna James agree that Allstate does not have a duty to defend or indemnify the Co-Defendants, Justin Albrecht and Emily

Albrecht under the Albrecht's Allstate House and Home Policy, in the litigation they brought against the Albrechts, which is currently pending in the Macomb County Circuit Court, under case number 2024-005000-CZ.

IT IS FURTHER ORDERED that Michael James and Marjanna James agree that Allstate does not have a duty to defend or indemnify the Co-Defendants, Justin Albrecht and Emily Albrecht under the Albrecht's Allstate Personal Umbrella Policy, in the litigation they brought against the Albrechts, which is currently pending in the Macomb County Circuit Court, under case number 2024-005000-CZ.

IT IS FURTHER ORDERED that Allstate's Complaint for Declaratory Judgment against Defendants Michael James and Marjanna James, only, is DISMISSED WITH PREJUDICE and WITHOUT COSTS to any of those parties.

This Order does not waive any rights that Justin Albrecht and Emily Albrecht may have under their Allstate House and Home Policy or their Allstate Personal Umbrella Policy.

**This Order Does Not resolve the last pending claim and Does Not close the case.**

/s/Terrence G. Berg
HON. TERRENCE G. BERG
U.S. DISTRICT JUDGE

Dated: April 21, 2025

The undersigned consent to entry of this Order.
Notice of entry waived.

| | |
|---|---|
| *s/ Cary R. Berlin* | *s/ Dennis J. Harris (with permission)* |
| PATRICK, JOHNSON & MOTT, P.C. | LAW OFFICE OF DENNIS J. HARRIS |
| Attorneys for Allstate | Attorney for Michael & Marjanna James |
| 70 Macomb Place, Suite 224 | 12894 Farmington Road |
| Mt. Clemens, Michigan 48043 | Livonia, Michigan 48150 |
| (248) 356-8590 | (734) 744-5643 |
| cberlin@pjmpc.com | lawdjh@gmail.com |
| P64122 | P35791 |