UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY and, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br>v.<br><br>JUSTIN ALBRECHT and EMILY ALBRECHT,<br><br>    Defendants. | Case No. 2:25-cv-10465<br>Hon. Terrence G. Berg<br><br>Magistrate Judge Anthony P. Patti |

| | |
|---|---|
| **CARY R. BERLIN (P64122)**<br>**AMY L. WILLE (P68360)**<br>**PATRICK, JOHNSON & MOTT, P.C.**<br>Attorneys for Plaintiffs<br>70 Macomb Place, Suite 224<br>Mt. Clemens, Michigan 48043<br>(248) 356-8590<br>cberlin@pjmpc.com | **JUSTIN ALBRECHT and EMILY ALBRECHT**<br>In Pro Per<br>14052 Pernell Dr.<br>Sterling Height, Michigan 48313 |

### ALLSTATE'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS, JUSTIN ALBRECHT AND EMILY ALBRECHT AND FOR A DISMISSAL OF THIS CASE WITH PREJUDICE

Plaintiffs, Allstate Indemnity Company and Allstate Vehicle and Property Insurance Company (collectively referred to as "Allstate"), through their attorneys, Patrick, Johnson & Mott, P.C., and pursuant to Fed. R. Civ. P. 55, hereby files their Motion for Entry of Default Judgment against the remaining Defendants, Justin Albrecht and Emily Albrecht. In support of their Motion, Allstate states:

    1.    On February 18, 2025, Allstate filed its Complaint for Declaratory Judgment in this action. (ECF No. 1).

    2.    Service of Process was accomplished on Justin Albrecht on March 8, 2025. (ECF No.

4).

3.     Service of Process was accomplished on Emily Albrecht on March 8, 2025. (ECF No. 5).

4.     Following their receipt of the Summons' and Complaints, the Albrechts apparently contacted attorney Jeffrey Cojocar of the Law Offices of Jeffrey A. Cojocar, P.C., though no appearance was ever filed.

5.     Nevertheless, Mr. Cojocar contacted Allstate's counsel and indicated that the Albrechts did not want to challenge or otherwise participate in this declaratory action.

6.     In the interim, the former Co-Defendants, Michael James and Marjanna James, through their counsel, agreed that Allstate did not have a duty to defend the Albrechts under any of their policies in the lawsuit the James' filed against them in the Macomb County Circuit Court, and were dismissed from this case. (ECF No. 7; PageID. 139-141).

7.     Accordingly, Allstate's counsel sent a proposed order to Mr. Cojocar, agreeing that Allstate did not have a duty to defend them under any of their policies in the lawsuit Michael James and Marjanna James filed against them in the Macomb County Circuit Court. (Proposed Order, **Exhibit "A"**).

8.     That proposed order also provided that, based on the James' also agreeing that no duty to defend or indemnify existed under the policy, that Allstate's Declaratory Judgment action would be dismissed with prejudice.(**Id**.).

9.     Despite indicating that they would agree to an order, the Albrechts have not signed the proposed order, or indicated they wanted any changes made, with Mr. Cojocar no longer responding to Allstate's counsel's requests.

2

10. Despite not signing the order, the Albrechts have not filed anything with this Court.

11. Justin Albrecht has failed to plead or otherwise defend himself against the allegations in Allstate's Complaint for Declaratory Judgment.

12. Emily Albrecht has failed to plead or otherwise defend herself against the allegations in Allstate's Complaint for Declaratory Judgment.

13. On May 2, 2025, Allstate filed a request that the Clerk of the Court enter a default against Emily Albrecht pursuant to Fed. R. Civ. P. 55(a). (ECF No. 8).

14. On May 2, 2025, Allstate filed a request that the Clerk of the Court enter a default against Justin Albrecht pursuant to Fed. R. Civ. P. 55(a). (ECF No. 9).

15. The Default was entered by the Clerk of this Court as to Emily Albrecht on May 2, 2025 (ECF No. 10).

16. The Default was entered by the Clerk of this Court as to Justin Albrecht on May 2, 2025. (ECF No. 11).

17. Based upon information and belief, Justin Albrecht is not a minor or an otherwise incompetent person, and is not currently serving in the military.

18. Based upon information and belief, Emily Albrecht is not a minor or an otherwise incompetent person, and is not currently serving in the military.

19. This Motion is based on the allegations in Allstate's Complaint for Declaratory Judgment. (ECF No. 1).

20. Justin Albrecht has admitted all of the facts alleged therein by failing to plead or otherwise respond to Allstate's Complaint. See, *Ford Motor Co. v. Cross*, 441 F. Supp. 2d 837, 845 (E.D. Mich. 2006), citing *Visioneering Constr. v. U.S. Fidelity and Guar.*, 661 F.2d 119, 124 (6th

Cir. 1981)); see also Fed. R. Civ. P. 8(b)(6) ("[a]n allegation — other than one relating to the amount of damages — is admitted if a responsive pleading is required and the allegation is not denied").

21.     Emily Albrecht has admitted all of the facts alleged therein by failing to plead or otherwise respond to Allstate's Complaint. See, *Ford Motor Co. v. Cross*, 441 F. Supp. 2d 837, 845 (E.D. Mich. 2006), citing *Visioneering Constr. v. U.S. Fidelity and Guar.*, 661 F.2d 119, 124 (6th Cir. 1981)); see also Fed. R. Civ. P. 8(b)(6) ("[a]n allegation — other than one relating to the amount of damages — is admitted if a responsive pleading is required and the allegation is not denied").

22.     Allstate is not seeking any money damages against Justin Albrecht or Emily Albrecht in this action, but instead, requests an Order of Default Judgment be entered, which holds that Allstate does not have a duty to defend or to indemnify the Albrechts under their Allstate House and Home Policy or their Allstate Personal Umbrella Policy against the allegations brought against them by Michael James and Marjanna James in the lawsuit that is currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ).

23.     Further, due to Michael James and Marjanna James already agreeing that Allstate does not have a duty to defend or to indemnify the Albrechts under their Allstate House and Home Policy or their Allstate Personal Umbrella Policy against the allegations brought against them by the James' in the lawsuit that is currently pending the Macomb County Circuit Court, Allstate submits that, upon the entry of this default judgment, this case should be dismissed with prejudice, as both the policyholders and third-party claimants will be precluded from seeking a defense or indemnification from Allstate under either of the Albrechts policies in connection with the lawsuit currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ).

WHEREFORE, Plaintiffs, Allstate Indemnity Company and Allstate Vehicle and Property Insurance Company, respectfully request the entry of a Default Judgment in their favor and against

Defendants Justin Albrecht and Emily Albrecht, in the form of the Proposed Default Judgment attached hereto, declaring that:

    a.    Allstate does not have a duty to defend or to indemnify Justin Albrecht under his Allstate House and Home Policy or his Allstate Personal Umbrella Policy against the allegations brought against him by Michael James and Marjanna James in the lawsuit that is currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ);

    b.    Allstate does not have a duty to defend or to indemnify Emily Albrecht under her Allstate House and Home Policy or her Allstate Personal Umbrella Policy against the allegations brought against her by Michael James and Marjanna James in the lawsuit that is currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ);

    c.    Further, due to the Claimants, Michael James and Marjanna James, previously agreeing that Allstate does not have a duty to defend or to indemnify Justin Albrecht or Emily Albrecht under their Allstate House and Home Policy or their Allstate Personal Umbrella Policy against the allegations brought against them by Michael James and Marjanna James in the lawsuit that is currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ), Allstate's obligation under the policies have been resolved, and Allstate does not owe any further duties in this matter, resulting in this Declaratory Judgment action being DISMISSED WITH PREJUDICE, precluding both the Albrechts and the James from seeking any benefits under the Albrecht's House and Home and Personal Umbrella Policies in connection with the underlying lawsuit; and

    d.    Grating Allstate all other relief they are entitled to receive.

    Respectfully submitted,

    **PATRICK, JOHNSON & MOTT, P.C.**

    s/ *Cary R. Berlin*
    Attorneys for Allstate
    70 Macomb Place, Suite 224
    Mt. Clemens, Michigan 48043
    (248) 356-8590
    cberlin@pjmpc.com
Date: May 6, 2025    P64122

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INDEMNITY COMPANY and,     Case No. 2:25-cv-10465
ALLSTATE VEHICLE AND PROPERTY     Hon. Terrence G. Berg
INSURANCE COMPANY,

                                                            Magistrate Judge Anthony P. Patti

       Plaintiffs,
v.

JUSTIN ALBRECHT, EMILY ALBRECHT,

       Defendants.

---

**CARY R. BERLIN (P64122)**            **JUSTIN ALBRECHT and EMILY ALBRECHT**
**AMY L. WILLE (P68360)**                In Pro Per
**PATRICK, JOHNSON & MOTT, P.C.**    14052 Pernell Dr.
Attorneys for Plaintiffs                   Sterling Height, Michigan 48313
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com

---

**BRIEF IN SUPPORT OF
ALLSTATE'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANTS, JUSTIN ALBRECHT AND EMILY ALBRECHT AND FOR
A DISMISSAL OF THIS CASE WITH PREJUDICE**

      In support of its request that entry of a judgment by default be entered against the Defendants, Justin Albrecht and Emily Albrecht, the Plaintiffs, Allstate Indemnity Company and Allstate Vehicle and Property Insurance Company, through their attorneys, Patrick, Johnson & Mott, P.C., rely on Federal Rule of Civil Procedure 55(b), and the Affidavit attached hereto.

      A proposed Default Judgment is also attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **PATRICK, JOHNSON & MOTT, P.C.** |
|  | s/ *Cary R. Berlin* <br> Attorneys for State Farm <br> 70 Macomb Place, Suite 224 <br> Mt. Clemens, Michigan 48043 <br> (248) 356-8590 <br> cberlin@pjmpc.com |
| Date: May 6, 2025 | P64122 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY and, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br>v.<br><br>JUSTIN ALBRECHT, EMILY ALBRECHT,<br><br>　　　　Defendants. | Case No. 2:25-cv-10465<br>Hon. Terrence G. Berg<br><br>Magistrate Judge Anthony P. Patti |

| | |
|---|---|
| **CARY R. BERLIN (P64122)**<br>**AMY L. WILLE (P68360)**<br>**PATRICK, JOHNSON & MOTT, P.C.**<br>Attorneys for Plaintiffs<br>70 Macomb Place, Suite 224<br>Mt. Clemens, Michigan 48043<br>(248) 356-8590<br>cberlin@pjmpc.com | **JUSTIN ALBRECHT and EMILY ALBRECHT**<br>In Pro Per<br>14052 Pernell Dr.<br>Sterling Height, Michigan 48313 |

### AFFIDAVIT IN SUPPORT OF ALLSTATE'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS, JUSTIN ALBRECHT AND EMILY ALBRECHT AND FOR A DISMISSAL OF THIS CASE WITH PREJUDICE

State of Michigan　　　)
　　　　　　　　　　　) ss
County of Macomb　　 )

　　　I, Cary R. Berlin, being duly sworn, state as follows:

　　　1.　　I am the attorney of record for Plaintiffs, Allstate Indemnity Company and Allstate Vehicle and Property Insurance Company (collectively referred to as "Allstate"), in the above-entitled action, and I am familiar with the file, records and pleadings in this matter.

　　　2.　　Allstate's Summons and Complaint (ECF No. 1) were served on Justin Albrecht on

March 8, 2025 (ECF No. 4).

3. Allstate's Summons and Complaint (ECF No. 1) were served on Emily Albrecht on March 8, 2025 (ECF No. 5).

4. Justin Albrecht's and Emily Albrecht's Answer to Allstate's Complaint was due on or before April 7, 2025 pursuant to Federal Rules of Civil Procedure 12.

5. Following their receipt of the Summons' and Complaints, the Albrechts reportedly contacted attorney Jeffrey Cojocar of the Law Offices of Jeffrey A. Cojocar, P.C., and Mr. Cojocar contacted Allstate's counsel to advise that the Albrechts did not want to challenge or otherwise participate in this declaratory action.

6. In the interim, the former Co-Defendants, Michael James and Marjanna James, through their counsel, agreed that Allstate did not have a duty to defend the Albrechts under either of their Allstate policies in the lawsuit the James' filed against them in the Macomb County Circuit Court, and the James' have now been dismissed from this case. (ECF No. 7; PageID. 139-141).

7. Accordingly, Allstate's counsel sent a proposed order to Mr. Cojocar, wherein the Albrechts were asked to agree that Allstate did not have a duty to defend them under either of their policies identified in this Declaratory Judgment action, in the lawsuit Michael James and Marjanna James filed against them in the Macomb County Circuit Court. (see Exhibit "A" to Allstate's Motion for Default Judgment).

8. That proposed order also provided that, based on the James' also agreeing that no duty to defend or indemnify existed under the policy, that Allstate's Declaratory Judgment action would be dismissed with prejudice.(**Id**.).

9. Despite indicating that they would agree to an order, the Albrechts have not signed

2

the proposed order, or indicated they wanted any changes made, and Mr. Cojocar is no longer responding to Allstate's counsel's requests.

10. Despite not signing the order, the Albrechts have not filed anything with this Court.

11. Justin Albrecht has not served an answer, nor otherwise responded to Allstate's Complaint within the time allowed by law, nor has he, or anyone on his behalf, sought additional time within which to respond.

12. Emily Albrecht has not served an answer, nor otherwise responded to Allstate's Complaint within the time allowed by law, nor has she, or anyone on her behalf, sought additional time within which to respond.

13. The defaults of Justin Albrecht and Emily Albrecht were entered by the Clerk of this Court on May 2, 2025 (ECF Nos. 10 and 11).

14. Based upon information and belief, Justin Albrecht is not an infant or an incompetent person.

15. Based upon information and belief, Emily Albrecht is not an infant or an incompetent person.

16. Based upon information and belief, Justin Albrecht is not currently serving in the military.

17. Based upon information and belief, Emily Albrecht is not currently serving in the military.

18. Allstate is not seeking any money damages against Justin Albrecht or Emily Albrecht in this action, but instead, requests an Order of Default Judgment be entered, which holds that Allstate does not have a duty to defend or to indemnify the Albrechts under their Allstate House and

Home Policy or their Allstate Personal Umbrella Policy against the allegations brought against them by Michael James and Marjanna James in the lawsuit that is currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ).

24. Due to Michael James and Marjanna James already agreeing that Allstate does not have a duty to defend or to indemnify the Albrechts under their Allstate House and Home Policy or their Allstate Personal Umbrella Policy against the allegations brought against them by the James' in the lawsuit that is currently pending the Macomb County Circuit Court, Allstate submits that, upon the entry of this default judgment, this case should be dismissed with prejudice, as both the policyholders and third-party claimants will be precluded from seeking a defense or indemnification from Allstate under either of the Albrechts policies in connection with the lawsuit currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ).

Further Affiant sayeth not.

                                                *s/ Cary R. Berlin*
                                                PATRICK, JOHNSON & MOTT, P.C.
                                                Attorneys for Allstate
                                                70 Macomb Place, Suite 224
                                                Mt. Clemens, Michigan 48043
                                                (248) 356-8590
                                                cberlin@pjmpc.com
Date: May 6, 2025                            P64122

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY and, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>JUSTIN ALBRECHT, EMILY ALBRECHT,<br><br>Defendants. | Case No. 2:25-cv-10465<br>Hon. Terrence G. Berg<br><br>Magistrate Judge Anthony P. Patti |

| | |
|---|---|
| **CARY R. BERLIN (P64122)**<br>**AMY L. WILLE (P68360)**<br>**PATRICK, JOHNSON & MOTT, P.C.**<br>Attorneys for Plaintiffs<br>70 Macomb Place, Suite 224<br>Mt. Clemens, Michigan 48043<br>(248) 356-8590<br>cberlin@pjmpc.com | **JUSTIN ALBRECHT and EMILY ALBRECHT**<br>In Pro Per<br>14052 Pernell Dr.<br>Sterling Height, Michigan 48313 |

### DEFAULT JUDGMENT AGAINST DEFENDANTS, JUSTIN ALBRECHT AND EMILY ALBRECHT

Defendants, Justin Albrecht and Emily Albrecht, having failed to appear, plead or otherwise defend in this action, and defaults having been entered by the Clerk of this Court on May 2, 2025, (ECF Nos. 10 and 11), and counsel for the Plaintiffs, Allstate Indemnity Company and Allstate Vehicle and Property Insurance Company (collectively "Allstate"), having requested judgment against the defaulted Defendants, and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Allstate, and against Justin Albrecht and Emily Albrecht as follows:

    a.    Allstate does not have a duty to defend or to indemnify Justin Albrecht under his Allstate House and Home Policy or his Allstate Personal Umbrella Policy against the allegations brought against him by Michael James and Marjanna James in the lawsuit that is currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ);

    b.    Allstate does not have a duty to defend or to indemnify Emily Albrecht under her Allstate House and Home Policy or her Allstate Personal Umbrella Policy against the allegations brought against her by Michael James and Marjanna James in the lawsuit that is currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ); and

    c.    Due to the Claimants, Michael James and Marjanna James, previously agreeing that Allstate does not have a duty to defend or to indemnify Justin Albrecht or Emily Albrecht under their Allstate House and Home Policy or their Allstate Personal Umbrella Policy against the allegations brought against them by Michael James and Marjanna James in the lawsuit that is currently pending the Macomb County Circuit Court (Case No. 2024-005000-CZ), Allstate's obligation under the policies have been resolved, and Allstate does not owe any further duties in this matter, resulting in this Declaratory Judgment action being DISMISSED WITH PREJUDICE, precluding both the Albrechts and the James from seeking any benefits under the Albrecht's House and Home and Personal Umbrella Policies in connection with the underlying lawsuit.

**This is a Final Order and Closes the Case.**

_____
HON. TERRENCE G. BERG
U.S. DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY and, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br>v.<br><br>JUSTIN ALBRECHT, EMILY ALBRECHT,<br><br>    Defendants. | Case No. 2:25-cv-10465<br>Hon. Terrence G. Berg<br><br>Magistrate Judge Anthony P. Patti |

| | |
|---|---|
| **CARY R. BERLIN (P64122)**<br>**AMY L. WILLE (P68360)**<br>**PATRICK, JOHNSON & MOTT, P.C.**<br>Attorneys for Plaintiffs<br>70 Macomb Place, Suite 224<br>Mt. Clemens, Michigan 48043<br>(248) 356-8590<br>cberlin@pjmpc.com | **JUSTIN ALBRECHT and EMILY ALBRECHT**<br>In Pro Per<br>14052 Pernell Dr.<br>Sterling Height, Michigan 48313 |

## PROOF OF SERVICE

    I hereby certify that on May 6, 2025, my legal assistant, Courtney Pilibosian, filed the foregoing papers with the Clerk of the Court using the Court's e-filing system, and will mail a copy of the above documents via first class mail to Justin Albrecht and Emily Albrecht at the address where they were served with Allstate's Complaint.

                                            s/ *Cary R. Berlin*
                                            Attorneys for Allstate
                                            70 Macomb Place, Suite 224
                                            Mt. Clemens, Michigan 48043
                                            (248) 356-8590
                                            cberlin@pjmpc.com
                                            P64122